AO 455 (Rev. 5/85) Waiver of Indictment

FILED

# UNITED STATES DISTRICT COURT
## FOR THE
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

2023 JUN 26  AM 9:56

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

UNITED STATES OF AMERICA    WAIVER OF INDICTMENT

v.    Criminal No. 3:23-cr-100-TJC-PDB

IONA K COATES

I, IONA K COATES, the above named defendant, who is accused of Conspiracy to Commit Wire Fraud, in violation of 18 U.S.C. § 1349, being advised of the nature of the charge, the proposed Information, and of my rights, hereby waive prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment. Pursuant to Fed. R. Crim. P. 7(b), I will confirm this waiver in open court at arraignment or other hearing.

_____
Iona K Coates
Defendant

_____
Lisa Call, Esq.
Counsel for Defendant

Before _____
            Judicial Officer