UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:23-cr-100-TJC-PDB

IONA K COATES

## NOTICE OF RELATED ACTION

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, hereby notifies this Honorable Court, pursuant to Rule 1.07(c) of the Local Rules of the United States District Court, Middle District of Florida, of the existence of a second case which involves the same defendant in the above-captioned case. The second case which has a lower case number is *United States v. Iona K. Coates,* Case No. 3:23-cr-98-BJD-MCR, which has been assigned to United States District Judge Brian J. Davis.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By:  /s/ *Kevin C. Frein*
Kevin C. Frein
Assistant United States Attorney
Florida Bar No. 0149144
300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
Telephone: (904) 301-6300
Facsimile: (904) 301-6310
E-mail: kevin.frein@usdoj.gov

2

U.S. v. IONA K COATES                     Case No. 3:23-cr-100-TJC-PDB

**CERTIFICATE OF SERVICE**

I hereby certify that on June 29, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF.

Lisa Call, Esq

                                                /s/ *Kevin C. Frein*
                                                Kevin C. Frein
                                                Assistant United States Attorney
                                                Florida Bar No. 0149144
                                                300 N. Hogan Street, Suite 700
                                                Jacksonville, Florida 32202
                                                Telephone:  (904) 301-6300
                                                Facsimile:   (904) 301-6310
                                                E-mail: kevin.frein@usdoj.gov