United States District Court
Middle District of Florida
Jacksonville Division

**UNITED STATES OF AMERICA,**

    *Plaintiff,*

v.                                             **NO. 3:23-cr-100-TJC-PDB**

**IONA K. COATES,**

    *Defendant.*

_____

## Report and Recommendation Concerning Guilty Plea

On July 20, 2023, by consent, the defendant appeared before me under Federal Rule of Criminal Procedure 11 and Local Rule 1.02 (a) and pleaded guilty to count one of the information. After cautioning her and examining her under oath concerning each Rule 11 matter, I found her plea was knowingly, freely, intelligently, and voluntarily made, and the facts that she admitted establish the elements of the charged offense. I therefore recommend that the Court accept her plea and adjudicate her guilty of count one of the information.

Under Federal Rule of Criminal Procedure 59(b)(2), the parties have 14 days to object to this recommendation. "Failure to object in accordance with

this rule waives a party's right to review." *Id.*; *see also* 28 U.S.C. § 636(b)(1)(B); 11th Cir. R. 3-1.

**Done** in Jacksonville, Florida, on July 20, 2023.

*PATRICIA D. BARKSDALE*
*United States Magistrate Judge*

c:	The Honorable Timothy Corrigan
	Kevin Frein Assistant United States Attorney
	Lisa Call, Assistant Federal Defender
	United States Probation